LAW OFFICES OF
# BOND AND MCDONALD, P.C.
91 GENESEE STREET
GENEVA, NEW YORK 14456

TELEPHONE (315) 789-8480
FAX (315) 789-0449
E-MAIL. bondmcd@rochester.rr.com

WILLIAM J. MCDONALD, JR.
KEVIN J. MCDONALD
MARK M. MCDONALD

LAURA HUFFMAN
BRAM S. LEHMAN

WILLIAM J. MCDONALD (1921-2004)

RENAE COOPER
LEGAL ASSISTANT

September 11, 2006

Hon. Michael A. Telesca
2720 U.S. Courthouse
100 State Street
Rochester, New York 14614-1387

RECEIVED
SEP 1 3 2006
MICHAEL A. TELESCA
United States District Judge
Western District of New York

Re:   Michael Burke v. Jo Anne B. Barnhart
      Commissioner of Social Security
      06-CV-6146T

Dear Judge Telesca:

I am writing to request an extension of time for both parties to submit their motions for judgment on the pleadings. The motions are due September 12, 2006. The U.S. Attorney's Office has agreed to an extension until October 12, 2006 for both parties to file their dispositive motions.

Thank you for your consideration of this request.

Very truly yours,

BOND AND MCDONALD, P.C.

William J. McDonald, Jr.

WJM,JR.:jv

cc:   Christopher V. Taffe, Esq., Assistant United States Attorney

**SO ORDERED:**

S/MICHAEL A. TELESCA
_____
**HONORABLE MICHAEL A. TELESCA
UNITED STATES DISTRICT JUDGE
DATED:** 9/13/06